# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISMAEL GUILLERMO HERNANDEZ,
Petitioner,

vs.

CLARK COUNTY DETENTION
CENTER; AND ATTORNEY GENERAL,
Respondents.

No. 69728

FILED

MAR 17 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner appears to be challenging his bail status. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Petitioner appears to be represented by counsel below, and he should proceed by and through counsel in resolving his bail concerns. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Ismael Guillermo Hernandez
Gregory & Waldo
Attorney General/Carson City
Eighth District Court Clerk

16-08476